IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

MILTON ATTERBERRY                                                                   PLAINTIFF

VS.                                     CIVIL ACTION NO. 3:09cv376-HTW-LRA

CITY OF LAUREL                                                             DEFENDANT

## **ORDER**

This cause came before the Court for telephonic hearing on August 25, 2009, on the Motion to Transfer filed by Defendant City of Laurel. Defendant requests this Court to transfer the instant cause to the Hattiesburg Division, and Plaintiff objects to the transfer. After having heard argument of counsel, and for the reasons set forth in the motion and memorandum, the Court finds that the motion is well advised, and it is HEREBY GRANTED.

IT IS, THEREFORE, ORDERED, that the Clerk of Court transfer this case to the Hattiesburg Division, and that the appropriate reassignments of judges be made.

SO ORDERED, this the 26th day of August, 2009.

                                       /s/ Linda R. Anderson
                            UNITED STATES MAGISTRATE JUDGE